IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSABLE CAPITAL PARTNERS, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SATI EXPORTS INDIA PRIVATE LIMITED, a company formed under the laws of India; SAMSARA SURFACES LLC, a Georgia limited liability company; ANIMESH JAISWAL, an individual; and ALOK JAISWAL, an individual;<br><br>Defendants. | 8:21CV129<br><br>ORDER |

    This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

    The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

    Dated this 26th day of March, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge