IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSABLE CAPITAL PARTNERS, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SATI EXPORTS INDIA PRIVATE LIMITED, a company formed under the laws of India;  SAMSARA SURFACES LLC, a Georgia limited liability company; ANIMESH JAISWAL, an individual; and ALOK JAISWAL, an individual;<br><br>Defendants. | **8:21CV129**<br><br>**ORDER** |

IT IS ORDERED that Plaintiff's motion to extend (Filing No. 23) is granted. The deadline for Plaintiff AuSable Capital Partners, LLC to serve Defendant Sati Exports India Private Limited is extended to December 21, 2021.

IT IS FURTHER ORDERED that, in the interest of progressing this matter, the current parties to this case shall:

1) Review the Nebraska magistrate judges' practices posted at the court's Civil Case Management website page.[1]

2) Confer and, on or before October 13, 2021, jointly file a Rule 26(f) Report, a copy of which can be found at http://www.ned.uscourts.gov/forms.[2] Unless the parties agree

---

[1](https://www.ned.uscourts.gov/attorney/judges-information/civil-case-management).

[2] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of June 11, 2020.

      otherwise, Plaintiff(s) shall prepare the initial draft of the Report and then forward it to Defendant(s) for further additions or revisions.

3) On or before October 6, 2021, a party shall contact the chambers of the undersigned magistrate judge to set a conference call if:

    a. One or more of the parties believes a planning conference is needed to complete the Rule 26(f) Report; or

    b. The parties cannot agree on one or more of the deadlines identified or case progression issues raised in the Rule 26(f) Report; or

    c. The parties are currently and actively pursuing settlement and believe preparing and filing a Rule 26(f) Report may be unnecessary.

Dated this 13th day of September, 2021.

                            BY THE COURT:

                            *s/ Cheryl R. Zwart*
                            United States Magistrate Judge

---

**DO NOT** use prior versions of this report.

At the civil bar's request, the court created a Rule 26 Report Calculator for generating proposed dates to complete the Rule 26(f) Report. This online tool was designed to offer insight on how cases are typically progressed in the District of Nebraska. It does not replace the need for counsel to decide what is reasonable and appropriate in a specific case.