IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSABLE CAPITAL PARTNERS, LLC, a
Delaware limited liability company;

Plaintiff,

vs.

SATI EXPORTS INDIA PRIVATE
LIMITED, a company formed under the
laws of India;  SAMSARA SURFACES
LLC, a Georgia limited liability company;
ANIMESH JAISWAL, an individual; and
ALOK JAISWAL, an individual;

Defendants.

**8:21CV129**

**FINAL PROGRESSION ORDER
(AMENDED)**

IT IS ORDERED that the parties' stipulated motion to extend is granted
(Filing No. 56). The unexpired deadlines in the final progression order are
amended as follows:

1)      The status conference set for May 16, 2023 to discuss case
progression, the parties' interest in settlement, and the trial and
pretrial conference settings is **continued** and will be held with the
undersigned magistrate judge on **July 25, 2023** at **9:00 a.m.** by
telephone. Counsel shall use the conferencing instructions assigned
to this case to participate in the conference.

2)      The deadline for completing written discovery under Rules 33, 34, 36
and 45 of the Federal Rules of Civil Procedure is April 13, 2023.
Motions to compel written discovery under Rules 33, 34, 36, and 45
must be filed by April 27, 2023.

**Note:** A motion to compel, to quash, or for a disputed protective order
shall not be filed without first contacting the chambers of the
undersigned magistrate judge to set a conference for discussing the
parties' dispute.

3)      The deadlines for identifying expert witnesses expected to testify at

the trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

|  |  |
|---|---|
| For the plaintiff: | April 27, 2023. |
| For the defendants: | June 9, 2023. |
| Plaintiff's rebuttal: | June 30, 2023. |

4)   The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

|  |  |
|---|---|
| For the plaintiff: | May 24, 2023. |
| For the defendants: | June 16, 2023. |
| Plaintiff's rebuttal: | July 7, 2023. |

5)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 5, 2023.

6)   The deadline for filing motions to dismiss and motions for summary judgment is September 1, 2023.

7)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 1, 2023.

8)   Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9)   The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10)   All other deadlines in the court's prior case progression orders are

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 11th day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge