IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSABLE CAPITAL PARTNERS, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SATI EXPORTS INDIA PRIVATE LIMITED, a company formed under the laws of India; ANIMESH JAISWAL, an individual; and ALOK JAISWAL, an individual;<br><br>Defendants. | **8:21CV129**<br><br>**ORDER SETTING TRIAL AND PRETRIAL CONFERENCE**<br><br>**(AMENDED)** |

For good cause, Defendants Alok Jaiswal and Animesh Jaiswal's Motion to Continue or Reschedule Trial (Filing No. 141) is granted.

Accordingly,

IT IS ORDERED:

1) The non-jury trial of this case currently set to commence before Robert F. Rossiter, Jr., Chief United States District Judge, in Courtroom 4, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on September 9, 2024, is <u>continued</u> and will commence before Judge Rossiter in the aforementioned courtroom at **9:00 a.m.** on **October 15, 2024**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one.

2) The Pretrial Conference currently scheduled to be held before the undersigned magistrate judge on August 21, 2024 at 10:00 a.m. is <u>continued</u> and will be held on **September 24, 2024** at **9:00 a.m.**, and will be conducted by internet conferencing. Counsel shall use the internet conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on September 17, 2024.

3) The parties are ordered to comply with Judge Rossiter's Civil Non-Jury Trial Practices posted at:
https://www.ned.uscourts.gov/attorney/judges-information.

4) Motions in limine and motions for pre-trial evidentiary hearings on the admissibility of evidence must be filed at least twenty-eight (28) days prior to trial.

Dated this 21st day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge