IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSABLE CAPITAL PARTNERS, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SATI EXPORTS INDIA PRIVATE LIMITED, a company formed under the laws of India; ANIMESH JAISWAL, an individual; and ALOK JAISWAL, an individual;<br><br>Defendants. | 8:21CV129<br><br>**ORDER ON MOTION TO WITHDRAW** |

Sam King and the law firm of Patino King & Yost, L.L.C. ("Counsel") moved to withdraw as counsel for Defendants Animesh Jaiswal and Alok Jaiswal. Filing No. 157. The Court held a hearing on the motion on August 19, 2024. Defendant Animesh Jaiswal and Defendant Alok Jaiswal represented to the Court during the hearing that they no longer wished to be represented by Counsel.

Accordingly,

IT IS ORDERED as follows:

1. Counsel's Motion to Withdraw as Attorney, Filing No. 157, is granted and Sam King and the law firm of Patino King & Yost, L.L.C. are withdrawn as counsel for Defendants Animesh Jaiswal and Alok Jaiswal and shall no longer receive electronic notifications.

2. Animesh Jaiswal and Alok Jaiswal shall <u>each</u> provide the Clerk of the Court with his contact information on or before August 20, 2024.

1

3. On or before August 26, 2024, Animesh Jaiswal and Alok Jaiswal shall <u>each</u> either (a) obtain the services of counsel and have that attorney file an appearance in this case; or (b) file a statement notifying the court of his intent to litigate this case without the assistance of counsel. The failure to do so will result in the Court presuming Animesh Jaiswal and/or Alok Jaiswal are proceeding pro se.

Dated this 19th day of August, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge