IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSABLE CAPITAL PARTNERS, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>SATI EXPORTS INDIA PRIVATE LIMITED, a company formed under the laws of India; ANIMESH JAISWAL, an individual; and ALOK JAISWAL, an individual;<br><br>Defendants. | **8:21CV129**<br><br><br>**ORDER** |

The parties filed a Stipulated Motion for Extension of Deadline to File Dismissal. Filing No. 167. The Court grants the parties' motion in part and denies it in part as set forth herein.

Accordingly,

IT IS ORDERED that:

1) Trial is scheduled to start October 15, 2024, and remains set pending further order of the Court.

2) The Pretrial Conference currently scheduled to be held before the undersigned magistrate judge on September 24, 2024 is <u>continued</u> and will be held on **October 7, 2024 at 1:00 p.m.** and will be conducted by internet conferencing. Counsel shall use the internet conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to

1

deluca@ned.uscourts.gov, in Word format, by 5:00 p.m. on October 4, 2024.

3) On or before October 4, 2024, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court.

4) All other provisions in the Court's trial-setting order, Filing No. 142, and the Court's order setting the deadline to file dismissal documents, Filing No. 166, remain unchanged.

Dated this 16th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2